### NEGLIGENCE—UNGUARDED BELT—PROXIMATE CAUSE.

Circuit Court of Hamilton County.

EDWIN SLALINE v. CINCINNATI SAND BLAST COMPANY.

Decided, March 22, 1909.

Where an employe while standing upon a stool is thrown by the toppling over of the stool upon an unguarded belt and injured, the fact that the belt was unguarded was not the proximate cause of the injury, and recovery can not be had against the master because of the unguarded belt.

W. H. Schweikert, George J. Slaline and Stanley Matthews, for plaintiff in error.
Guido Gores, contra.

GIFFEN, P. J.; SMITH, J., and SWING, J., conur.

It appears from the evidence as well as the amended petition that the proximate cause of the injury complained of was the toppling over of the stool upon which the plaintiff was standing, and there is no averment that the defendant negligently failed to provide a ladder instead. The averment is that the stool threw him upon said unguarded belt and by reason of said fall upon said unguarded belt (not by reason of said belt being unguarded) he received a fracture of his right leg.

It is equally clear from the evidence that the unguarded belt or shafting was not the proximate cause of the injury. The negligence, if any, was that of plaintiff.

Judgment affirmed.